UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANGELA JACKSON,

                  Plaintiff,

    v.

CORE HEALTH & FITNESS, LLC, a Washington corporation,

                  Defendant.

Case No. 3:17-cv-5278

NOTICE OF REMOVAL TO FEDERAL COURT

TO:    The Honorable Judges of the United States District Court for the Western District of Washington, at Tacoma.

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, Defendant Core Health & Fitness, LLC ("Core Health") hereby removes the above-captioned action from the Superior Court of Washington for Clark County to this Court on the ground of jurisdiction based on original federal question jurisdiction. The following statement is submitted in accordance with 28 U.S.C. § 1446:

1.    Plaintiff Angela Jackson ("Jackson" or "Plaintiff") filed suit against Core Health on or about March 24, 2017, in Clark County Superior Court, in the case designated as Case No. 17-2-00702-5 ( the "State Court Action"). *See* Plaintiff's Complaint for Damages ("Complaint") filed in the State Court Action and attached hereto as Exhibit 1, pursuant to LCR 101(b), and also attached to the Declaration of Priya B. Vivian.

2.    The Complaint is dated and was served on March 24, 2017. *See* Complaint.

NOTICE OF REMOVAL TO FEDERAL COURT - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

999999.0040/6924697.1

**STATUTORY REQUIREMENTS**

Federal Question Jurisdiction

1. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claims based on federal question jurisdiction, because this civil action arises under the Constitution, laws, or treaties of the United States, namely, the federal Equal Pay Act and the Fair Labor Standards Act. Plaintiff has alleged in her Complaint for Damages federal claims under the federal Equal Pay Act and the Fair Labor Standards Act. *Id.,* Ex. A, p. 14 ¶¶ 94-97. Accordingly, Plaintiff's action is a civil action raising a federal question, which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

2. This Court also has supplemental jurisdiction over Plaintiff's state law claims under the Washington Law Against Discrimination and the Washington Equal Pay Act because they are so related to her federal claims that they form part of the same cause or controversy. *See* 28 U.S.C. § 1367(a).

3. Removal of this action to the United States District Court for the Western District of Washington is therefore proper under 28 U.S.C. § 1441 because this Court has original jurisdiction over this action under 28 U.S.C. § 1331.

**PROCEDURAL REQUIREMENTS**

1. **Removal Is Timely.** The Complaint was served on March 24, 2017. This Notice of Removal is filed within 30 days of service and therefore removal is timely.

2. **Venue**. Pursuant to 28 U.S.C. § 1446(a), Core Health files this notice of removal in the United States District Court for the Western District of Washington at Tacoma, which is the federal district court embracing the state court where Jackson brought the State Court Action, Clark County, Washington.

3. **Intradistrict Assignment**. Pursuant to LCR 101(e) and LCR 3(d), Defendant is removing this matter to the Tacoma Division, because the civil action was commenced in Clark County, and because Plaintiff alleges that the cause of action arose in Clark County. *See* Complaint.

NOTICE OF REMOVAL TO FEDERAL COURT - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

999999.0040/6924697.1

4.  **No Waiver**. By seeking removal, Core Health does not waive, and expressly reserves, all rights, defenses, or objections of any nature that it may have to Plaintiff's claims. Specifically, Core Health does not waive any of its affirmative defenses as to sufficiency of process, sufficiency of service and/or of process, jurisdiction, venue, right to arbitration, failure to state a claim, failure to join a party, or any other affirmative defense in this matter.

5.  **Notice.** A copy of this Notice of Removal and the Vivian Declaration is being served upon Plaintiff's counsel and filed with the clerk of the Superior Court of Washington for Clark County pursuant to 28 U.S.C. § 1446(d).

6.  **Signature.** Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is signed subject to Rule 11.

DATED: April 13, 2017.

LANE POWELL PC

By  s/ Priya B. Vivian
Priya B. Vivian, WSBA No. 51802
David G. Hosenpud, *pro hac vice application to be filed*
Attorneys for Core Health & Fitness, LLC

NOTICE OF REMOVAL TO FEDERAL COURT - 3

999999.0040/6924697.1

# **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 13th day of April, 2017, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, and also hand-delivered to the address below. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Robert S. Milesnick
MILESNICK LAW, PLLC
1914 Broadway Street
Vancouver, WA  98663
360.213.0799
rob@milesnicklaw.com

Executed on the 13th day of April, 2017, at Seattle, Washington.

s/ Priya B. Vivian
Signature of Attorney
WSBA No. 51802
Typed Name:  Priya B. Vivian
Address:  1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
Fax:  206.223.7107
E-mail:  vivianp@lanepowell.com
Attorney(s) For:  Core Health & Fitness, LLC

NOTICE OF REMOVAL TO FEDERAL COURT - 4

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

999999.0040/6924697.1